

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2025

No. 04-25-00131-CV

**IN RE SCA IMPORTS & DISTRIBUTION, LLC**, Relator(s)

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                Adrian J. Spears II, Justice
                Velia J. Meza, Justice

On February 27, 2025, relator filed a petition for writ of mandamus. After considering the mandamus petition, this court concludes relator is not entitled to the relief sought. Therefore, relator's petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on March 12, 2025.

_____
Velia J. Meza, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of March, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2024CVK002216D4, styled *SCA Imports & Distribution, LLC, and Petrom Logistics, Inc. v. Exeter 15355 Fatima, L.P.*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.